IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Lakefront at West Chester, LLC., :
:
    Plaintiff, :
: Case Number: 1:21cv444
vs. :
: Judge Susan J. Dlott
Rosalind Holmes, :
:
    Defendant. :

## ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to Karen L. Litkovits, United States Magistrate Judge . Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on July 19, 2021 Report and Recommendations (Doc. 16). Subsequently, the defendant filed objections and amended objections to such Report and Recommendations (Docs. 21 and 24).

The Court has reviewed the comprehensive findings of the Magistrate Judge pursuant to Federal Rule of Civil Procedure 72(b)(3) and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendations should be adopted.

1. Accordingly, Ms. Holmes's motion to remove a state court civil action to the United States District Court (Doc. 1-2; Doc. 8) and "motion in opposition of remand" (Doc. 12) are **DENIED**.

2. Lakefront's motion to remand this matter to the Butler County, Ohio Area III Court

(Doc. 2) is **GRANTED**.

3. Holmes's motions to file under seal (Doc. 3), to appoint counsel (Docs. 4, 11), to authorize electronic filing privileges (Doc. 9), and to withdraw notice of removal (Doc. 17), as well as her amended motion for removal to federal court (Doc. 19) are **DENIED** as moot.

4. Lakefront's motion for bond under Ohio Rev. Code § 1923.08 (Doc. 14) and motion to strike (Doc. 22) are **DENIED** as moot.

5. This matter is **DISMISSED** from the docket of the Court for lack of subject matter jurisdiction.

6. This matter is **REMANDED** to the state court. *See* 28 U.S.C. § 1447(c).

IT IS SO ORDERED.

*Susan J. Dlott*
Susan J. Dlott
United States District Court